UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:20-cr-50122 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Discharge of Firearm During and in Relation to a Crime of Violence (18 U.S.C. § 924(c)(1)(A)(iii)) |
| GEORGE DULL KNIFE and KIMBERLEE "STORMY" PITAWANAKWAT, | Assault with Intent to Commit Murder (18 U.S.C. §§ 113(a)(1) and 1153) |
| Defendants. | Assault with a Dangerous Weapon 18 U.S.C. §§ 113(a)(3) and 1153) |
| | False Statements (18 U.S.C. § 1001(a)(2)) |
| | Accessory After the Fact (18 U.S.C. § 3) |

The Grand Jury charges:

COUNT I

On or about August 5, 2020, near Kyle, in Indian country, in the District of South Dakota, the defendant, George Dull Knife, an Indian person, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which he could be prosecuted in a court of the United States, that is, the assault of Carmen Burgee, as charged in Counts II and III, in violation of 18 U.S.C. §§ 113(a)(1), 113(a)(3), and 1153, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT II

On or about August 5, 2020, near Kyle, in Indian country, in the District of South Dakota, the defendant, George Dull Knife, an Indian person, did assault Carmen Burgee with intent to commit murder, all in violation of 18 U.S.C. §§ 113(a)(1) and 1153.

## COUNT III

On or about August 5, 2020, near Kyle, in Indian country, in the District of South Dakota, the defendant, George Dull Knife, an Indian person, did assault Carmen Burgee with a dangerous weapon, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

## COUNT IV

On or about August 5, 2020, near Kyle, in the District of South Dakota, the defendant, Kimberlee "Stormy" Pitawanakwat, did willfully and knowingly make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department and agency of the United States, to wit: the defendant, Kimberlee "Stormy" Pitawanakwat, reported to Oglala Sioux Tribe Department of Public Safety Criminal Investigator Derek Puckett that George Dull Knife had not been present at his residence at all on August 5, 2020, and that no shooting had occurred on the property, when she then and there well knew that George Dull Knife was present on the property on August 5, 2020, and used a firearm on that

date to shoot into the vehicle occupied by KT Burgee and Carmen Burgee, all in violation of 18 U.S.C. § 1001(a)(2).

## COUNT V

On or about August 5, 2020, near Kyle, in the District of South Dakota, the defendant, Kimberlee "Stormy" Pitawanakwat, while knowing that an offense against the United States had been committed, to wit: the assault of Carmen Burgee, as charged in Counts II and III, did receive, relieve, comfort, and assist the offender, George Dull Knife, in order to hinder or prevent his apprehension, trial, and punishment, all in violation of 18 U.S.C. § 3.

A TRUE BILL:

**NAME REDACTED**

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____