Query   Reports   Utilities   Help   What's New   Log Out

CUSTODY, NRESTRAINT,

# U.S. District Court
# District of Oregon (Eugene (6))
# CRIMINAL DOCKET FOR CASE #: 6:20-mj-00243-MK All Defendants

Case title: USA v. Dull Knife et al
Other court case number: 5:20-cr-50122-JLV District of South Dakota (Western Division)

Date Filed: 09/28/2020

Assigned to: Magistrate Judge Mustafa T. Kasubhai

### Defendant (1)

**George Dull Knife**
*TERMINATED: 09/30/2020*

represented by **Kimberly-Claire Elizabeth Seymour**
Office of the Federal Public Defender
District of Oregon
859 Willamette Street
Suite 200
Eugene, OR 97401
541-465-6937
Fax: 541-465-6975
Email: kimberly_seymour@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

**Complaints**                                              **Disposition**

None

---

Assigned to: Magistrate Judge Mustafa T. Kasubhai

**Defendant (2)**

**Kimberlee (Stormy) Pitawanakwat**       represented by   **Kimberly-Claire Elizabeth Seymour**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

**USA**                                    represented by   **Joseph Huynh**
                                                            United States Attorney's Office
                                                            405 E. 8th Ave
                                                            Suite 2400
                                                            Eugene, OR 97401
                                                            541-465-6771
                                                            Fax: 541-465-6917
                                                            Email: joseph.huynh@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2020 | 1 | Documents Received From Other Court as to George Dull Knife, Kimberlee (Stormy) Pitawanakwat from District of South Dakota (Western Division) Case No: 5:20-cr-50122-JLV. Initial Appearance is set for 9/28/2020 at 03:00PM in Medford before Magistrate Judge Mark D. Clarke. (Attachments: # 1 Arrest Warrants) (jk) (Entered: 09/28/2020) |
| 09/28/2020 | 2 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Mark D. Clarke as to George Dull Knife. Defendant waived preliminary/identity hearing. Defendant advised of rights and waived reading of the charges. Order appointing AFPD Kimberly-Claire Elizabeth Seymour as counsel. Defendant ordered detained pending detention hearing. Detention Hearing is set for 9/30/2020 at 01:30PM in Eugene by videoconference before Magistrate Judge Mustafa T. Kasubhai. Counsel Present for Plaintiff: Joseph Huynh (by telephone). Counsel Present for Defendant: Kimberly Seymour (by videoconference). (USPTO Present: Nick Stranieri (by telephone)) (Court Reporter Kelly Polvi (by telephone)) Other Court Information: 5:20-cr-50122-JLV. (jk) (Entered: 09/28/2020) |
| 09/28/2020 | 3 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Mark D. Clarke as to Kimberlee (Stormy) Pitawanakwat. Defendant waived preliminary/identity hearing. Defendant advised of rights and waived reading of the charges. Order appointing AFPD Kimberly-Claire Elizabeth Seymour as counsel. Defendant ordered detained pending detention hearing. Detention Hearing is set for 9/30/2020 at 01:30PM in Eugene by videoconference before Magistrate Judge Mustafa T. Kasubhai. Counsel Present for Plaintiff: Joseph Huynh (by telephone). Counsel Present for Defendant: Kimberly Seymour (by videoconference). (USPTO Present: Nick Stranieri (by telephone)) (Court Reporter Kelly Polvi (by telephone)) Other Court Information: 5:20-cr-50122-JLV. (jk) (Entered: 09/28/2020) |
| 09/28/2020 | 4 | **Order of Detention** signed on 9/28/2020 by Magistrate Judge Mark D. Clarke as to Defendant George Dull Knife. (jk) (Entered: 09/28/2020) |
| 09/28/2020 | 5 | **Order of Detention** signed on 9/28/2020 by Magistrate Judge Mark D. Clarke as to Defendant Kimberlee (Stormy) Pitawanakwat. (jk) (Entered: 09/28/2020) |
| 09/30/2020 | 6 | **Minutes of Proceedings:** Detention Hearing before Magistrate Judge Mustafa T. Kasubhai as to George Dull Knife. Defendant waived his personal appearance and consented to appear by videoconference. Order continuing detention without prejudice. Defendant is ordered committed to the custody of the District of South Dakota. Counsel Present for Plaintiff: Joseph Huynh (by telephone). Counsel Present for Defendant: Kimberly Seymour (by videoconference). (USPTO Present: Nick Stranieri (by telephone)) (Court Reporter Deborah Cook (by telephone)) (jk) (Entered: 09/30/2020) |
| 09/30/2020 | 7 | **Minutes of Proceedings:** Detention Hearing before Magistrate Judge Mustafa T. Kasubhai as to Kimberlee (Stormy) Pitawanakwat. Defendant waived her |

|  |  |  |
|---|---|---|
|  |  | personal appearance and consented to appear by videoconference. Defendant is ordered released on conditions. Defendant is ordered to appear in the District of South Dakota. Counsel Present for Plaintiff: Joseph Huynh (by telephone). Counsel Present for Defendant: Kimberly Seymour (by videoconference). (USPO Present: Nick Stranieri (by telephone)) (Court Reporter Deborah Cook (by telephone)) (jk) (Entered: 09/30/2020) |
| 09/30/2020 | 8 | Commitment to Another District as to George Dull Knife. Defendant committed to District of South Dakota (Western Division). Original and two certified copies forwarded to U.S. Marshal on 9/30/2020. (jk) (Entered: 09/30/2020) |
| 09/30/2020 | 9 | Order Requiring Defendant to Appear in District of South Dakota (Western Division) Where Charges are Pending and Transferring Bail as to Kimberlee (Stormy) Pitawanakwat signed on 9/30/2020 by Magistrate Judge Mustafa T. Kasubhai. (jk) (Entered: 09/30/2020) |
| 09/30/2020 | 10 | **Order Setting Conditions of Release** as to Defendant Kimberlee (Stormy) Pitawanakwat. Signed on 09/30/20 by Magistrate Judge Mustafa T. Kasubhai. (nist). (Entered: 10/01/2020) |
| 10/05/2020 | 11 | Waiver of Preliminary Examination or Hearing pursuant to Rule 5 and 5.1 by George Dull Knife (Seymour, Kimberly-Claire) (Entered: 10/05/2020) |
| 10/05/2020 | 12 | Waiver of Preliminary Examination or Hearing pursuant to Rule 5 and 5.1 by Kimberlee (Stormy) Pitawanakwat (Seymour, Kimberly-Claire) (Entered: 10/05/2020) |
| 10/06/2020 | 13 | Notice to District of South Dakota (Western Division) of a Rule 5 or Rule 32 Initial Appearance as to George Dull Knife, Kimberlee (Stormy) Pitawanakwat. Your case number is: 5:20-cr-50122-JLV. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to CrimPDX@ord.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (jk) (Entered: 10/06/2020) |