AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America )<br>v. )<br>KIMBERLEE PITAWANAKWAT )<br>_Defendant_ ) | Case No. 6:20-mj-00243-MK-2 |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/28/20

X _____
_Defendant's signature_

_____
_Signature of defendant's attorney_

**Kimberly-Claire E. Seymour, OSB No. 201588**
_Printed name and bar number of defendant's attorney_

_____
_Address of defendant's attorney_

_____
_E-mail address of defendant's attorney_

_____
_Telephone number of defendant's attorney_

_____
_FAX number of defendant's attorney_