UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KIMBERLEE "STORMY" PITAWANAKWAT,

    Defendant.

Case No.: 20-50122-02

**STIPULATION FOR ENTRY OF STANDING DISCOVERY ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that the Court may enter the Standing Discovery Order **(Standing Order 19-03)** concerning the handling and disposition of discovery materials turned over to the defense.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that they have read and acknowledge **Amended Standing Order 16-04** concerning access to criminal documents and transcripts.

United States Attorney

10/19/2020
Date

Signature: *Heather Sazama*

Printed Name: HEATHER SAZAMA

Attorney for Defendant

10.20.2020
Date

Signature: *Jay Albertson*

Printed Name: JENNIFER ALBERTSON