UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLEE PITAWANAKWAT, a/k/a "Stormy,"<br><br>Defendant. | CR. 20-50122-02-JLV<br><br>ORDER TO SHOW CAUSE |

A grand jury charged defendant Kimberlee Pitawanakwat with making false statements in violation of 18 U.S.C. § 1001(a)(2) and being an accessory after the fact in violation of 18 U.S.C. § 3. (Docket 1). On January 19, 2021, defendant moved the court for its order permitting defense counsel to provide the defendant with the discovery materials in her case for her review. (Docket 39). Pursuant to the court's Standing Order 19-03, discovery materials shall remain in "defense counsel's possession" and "not be given to the Defendant or anyone else without the Court's permission. Defense counsel may allow the defendant to read the discovery materials, but only in the presence of defense counsel, the defense investigator, or a defense expert." Defendant bases her request on the fact she is presently living in Oregon and "is not financially able to make numerous trips to South Dakota" to review discovery in the presence of counsel. (Docket 39). Accordingly, it is

ORDERED that the United States Attorney's Office shall file a response to Ms. Pitawanakwat's motion within five (5) days from the date of entry of this order.

Dated February 4, 2021.

> BY THE COURT:
> /s/ *Jeffrey L. Viken*
> JEFFREY L. VIKEN
> UNITED STATES DISTRICT JUDGE