# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Western Division

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| v. | |
| Kimberlee Pitawanakwat, | Case Number:  5:20-cr-50122-02 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Daneta Wollmann, United States Magistrate | Heather Sazama | Jonathan P. McCoy |
| **EVIDENTIARY HEARING DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| April 9, 2021 | | |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 4/9/2021 | Yes | Interview recording of Kimberlee Pitawanakwat |
| 2 | | | 4/9/2021 | Yes | Body camera video of Kevin Klesh |
| 3 | | | 4/9/2021 | Yes | Transcript of interview of Kimberlee Pitawanakwat |
| 4 | | | | | |
| 5 | | | | | |
| | | | | | |
| | | | | | **WITNESSES:** |
| | | | | | Investigator Darrell Puckett |
| | | | | | Officer Kevin Klesh |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |