US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy Pitawanakwat
Derek Puckett


Puckett:    The date is 8/6/2020.  Time is now 00:32 hours.

            Interview with Stormy, last name unknown.  Alright,

            Stormy can I get to jump in real quick?  On this side.

?:          Appreciate it Stormy.

Puckett:    Alright, next question.

?:          I am going to just be walking.

Puckett:    Alright.  Good evening.  Good morning.

Stormy:     Good evening.  Morning.

Puckett:    So, I am a criminal investigator.  My name is Derek

            Puckett and I am with the Oglala Sioux Tribe

            Department of Public Safety.  Alright?  Had an

            incident happen tonight.

Stormy:     I didn't hear that.

Puckett:    And, so, that's, that's, that's, that's what brought

            me here.

Stormy:     Ok.

Puckett:    I will explain to you what happened as the story goes

            on.

Stormy:     Ok.

Puckett:    So, what could you tell me about what happened

            earlier?  What, who came here.

Stormy:     The only person who

Puckett:    What…hold it…first.  First name?

·1

EXHIBIT

3

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    Mine?  My name is, I go by Stormy is my middle name,
           but my name is Kimberlee Pitawanakwat.  K I M B E R L
           E E.

Puckett:   K I?

Stormy:    M B E R L E E.  Kimberlee, like Wamblee.

Puckett:   Ok.  Stormy?

Stormy:    Yeah.  Kimberlee Stormy Pitawanakwat.  P I T A W A N A
           K W A T.

Puckett:   N?

Stormy:    P I T A W A N A K W A T.  Pitawanakwat.

Puckett:   Date of birth?

Stormy:    ████████████

Puckett:   Social?

Stormy:    ████████████

Puckett:   Address?

Stormy:    Right here.

Puckett:   What's this address out here?

Stormy:    It's ████████.  I have been staying here since ?
           was

Puckett:   Is that Kyle?

Stormy:    Yeah.  Kyle, South Dakota.  57552.  Or 57752.

Puckett:   Phone number?

Stormy:    605-515-2844.

Puckett:   Tribal member anywhere?

2

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    Not federally recognized.

Puckett:   No?  Where's it, what Tribe though?

Stormy:    I am from the Siletz Tribe, but

Puckett:   How do you spell that?

Stormy:    It's S I L E T Z.  We're a confederated tribes that
           come out of the Shoshone People.

Puckett:   Out of Oregon?

Stormy:    Yeah.  It's out of Oregon.

Puckett:   Alrighty, so what happened with, when them two people
           came here?  Or, who were they?

Stormy:    The two people that came here was my grandson's
           grandmother and

Puckett:   Do you know her name?

Stormy:    Her name is Carmen.  And her son, KT.

Puckett:   What is Carmen's last name?

Stormy:    Burgee.  B U R G E E.

Puckett:   Is it just KT?

Stormy:    I think so.  ? sure about his name.

Puckett:   Is his last name Burgee too?

Stormy:    Yeah.

Puckett:   And, this is your grandson?

Stormy:    Yeah, my grandson.  My daughter, Waskoness.  I've
           always had problems with KT coming, trying to seek my
           daughter out.  He was, he was told not to come here,

3

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

but, or whatever, to at least give us a heads-up.
Carmen was ok to come here, you know. And, he, but
they came up, they just showed up tonight. He just
walked up to the door. I walked him back out. I
said, don't come here, please. And, I mean that is
the only thing, I don't want my daughter to go. I
just, you know, I'm not just anybody. I am a trained
professional like you, but I'm just like, I've been a
firefighter since 2005 and a urban, or I was a
Wildman, and then a few years back, 2012, I went to
fire academy and became a paramedic, basically EMT,
and a structural firefighter. It was like a couple
different things, I was a part of a rescue tech. So
like, when you learn things and how to, how they
access stuff, you discovered that you never, that just
never leaves your mind, but I just don't agree with
the way that he's acting. And my daughter doesn't
need to, I just think that he, I just told him to
leave. I don't want my daughter to go, so. I, and
that's the last that I heard. They left, they went
down the driveway and I went in the house.

Puckett:    What is your daughter's name?

Stormy:     Waskoness. W A S K O N E S S. Same last name.

Puckett:    E S S?

4

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    Yeah.  We are all like going through

Puckett:   What is her date of birth?

Stormy:    It's ███ of 2000.  I don't know her social off the
           top of my head.

Puckett:   And she is here?

Stormy:    Yeah, she is here.  She was actually in the house.
           She didn't come outside.  She, he came to the door and
           she, he left.  And then she came outside as they were
           leaving and he was cussing at me because she wasn't
           leaving.  That's the only

Puckett:   So, she is 20?

Stormy:    Yeah, she is 20.  So that was the only, like, dispute.
           You know, I didn't shoot at anybody.  He didn't shoot
           at me.  So I don't, I don't know, like, what is going
           on.  That's the last that I heard.  I went inside.
           Everything as it was, as it is sitting right here.
           This is exactly what I left it.  And so I don't know,
           nobody came, they were the only car that was here.
           They're telling me that there was a black truck, or, I
           don't, I just don't know what they are talking about.
           I don't even know if they got the right address or
           what's going on.

Puckett:   Yeah.  Who do you live here with?

5

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:     I live here with my boyfriend, George.  George Dull
            Knife.  And I don't know how many times that they come
            here accusing him of rifles and things like that and
            accusing him of things, so.  He got pulled over the
            other day and they were questioning him about where is
            the guns?  We know you have the guns.  It's just
            really ridiculous.  I really don't know anything.

Puckett:    What kind of vehicle does George have?

Stormy:     George doesn't have a vehicle.

Puckett:    He don't have a vehicle?

Stormy:     (negative).  He usually

Puckett:    What does he drive, usually drive around?

Stormy:     This is my, this black truck and my white truck is the
            only one that he has drove around before.  And he
            just, I don't, he will never go anywhere with my
            vehicles unless I'm with him.

Puckett:    So does he have friends that he can drive their
            vehicles, or?

Stormy:     Nobody has any cars around here.  Nobody even has a
            black vehicle, truck, around here.

Puckett:    So what did he get stopped in the other day?

Stormy:     The other day he was in a black car.  It was a black
            car that, I don't even know who the people were.  I
            have no idea who they were.  I just know that, um,

6

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

George has been having problems drinking, but he don't
drink here because it's just not what, I don't drink
and I don't do drugs.  I have a new little baby.  I
have children and I am just very adamant about that.
I don't want it a part of my life.  George is going
through grief right now and so, he's been drinking,
but he never is here when he is drinking.  He's not
here tonight.  He got, he got pulled over the other
day.  That's that last that I know of.  I seen him

Puckett:  Has he been staying here?

Stormy:   Yeah, he stays here, but he's

Puckett:  When was the last time he stayed here?

Stormy:   Last time he stayed here was, well we went to Rapid
          City and then we came back and then he didn't even
          stay the night with me.  So, he has been staying out
          at his mom's.

Puckett:  Where is his mom's at?

Stormy:   It's in Wamblee.  She lives in Wamblee.  She's the
          district rep person like that.  So.  He's been going
          through things and we're kinda breaking up and, or, I
          don't know, we're just not, I just don't agree with,
          you know, like his drinking, so.

Puckett:  You don't know his mom's name?

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:     His name, her name is Cora Yellow Elk.  But that's the
            first thing they asked about is George.  George's name
            got thrown out here.  George ain't even here.

Puckett:    Alright.  Does he have any weapons that you know?

Stormy:     He doesn't have anything.  I know the only person that
            had weapons was Guy Dull Knife and when he got sick,
            he left and it was just the handgun and, um, he left
            and he took everything with him and it's been, he
            hasn't been back here.  His wife, we're trying to get
            the house ready, cause the, they are going to come
            back.  The whole plan was, um, he was supposed to be
            back in the spring, but he passed away, so.

Puckett:    You said that was a handgun or a pistol or?

Stormy:     Yeah, it was a pistol.  It was the only gun that I
            know of.  And that gun was taken to, um, to Rapid
            City.  Anything that was his, that he had taken, and
            the truck only came back, um, because that was when
            they brought him home.

Puckett:    What truck?

Stormy:     This red, his, ah, the Dodge truck that's out here,
            that they already know about.

Puckett:    What color is that?

Stormy:     It's a grey truck.

Puckett:    Grey truck?

8

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    (affirmative)  The only running vehicles is my white
           dually, this black, this black Duramax, and then the
           Dodge.

Puckett:   So, where is the Dodge at now?

Stormy:    The Dodge is in the back.  Cause we were up in, ah, we
           were up, people can come in here stealing from here,
           so.

Puckett:   So, it is in, back there?

Stormy:    Yeah, it's in the back, so.

Puckett:   Is there anything special about that Dodge truck?
           Like no light bar on it or?

Stormy:    There's a, there's nothing special.  His dad just took
           real good care of his truck.  That's probably it.  It
           was a nice

Puckett:   What kind of license plates does it have?

Stormy:    South Dakota.

Puckett:   South Dakota?

Stormy:    (affirmative)

Puckett:   Like, like regular South Dakota or is there, like,
           veteran's plates on it, or?

Stormy:    He's veteran.  He's got

Puckett:   Their veteran?

Stormy:    Yeah, he's

Puckett:   Veteran's plates?

9

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:     Yeah, he's straight up combat veteran.  So, all of his
            stuff is, I mean they all have to know, I mean it has
            to be listed, as far as I know.  Like when they run
            his plates and stuff, they gotta be know what they are
            dealing with.

Puckett:    Yeah.

Stormy:     So, I figure that would, it was under his name.  He
            had insurance, so.  Yeah.  It says combat veteran on
            the back I think.

Puckett:    On the plate?

Stormy:     On the back of

Puckett:    Oh, on the back window?

Stormy:     I am pretty sure it does say veteran on his plates,
            but, I didn't look that closely.

Puckett:    Does that, does that truck have a lightbar on it?
            Like up on top?  You know how they make those big old
            bright lightbars?

Stormy:     (negative).  No lightbar on the top.

Puckett:    Alrighty, so

Stormy:     That truck is actually, and I will be real honest with
            you, I took the keys and I, I hid the keys.  Because
            George

Puckett:    Where's it at?

Stormy:     The keys?  The keys

10

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Puckett:   No, the truck.

Stormy:    The truck is in the back.  But he, nobody knows about,
           where the keys are at because it belongs to his little
           brother and nobody is supposed to be driving it, so.
           That's between us.  I haven't told nobody that.  So I
           know for a fact that George and nobody has been
           driving that truck.  Cause it don't even have lights
           on the front.  He hit a deer and the lights got broke,
           so.  The truck has just been parked.  And that was, I
           don't even know how that, what happened with that
           either, I just, we're out here and I don't have a
           phone half the time or anything and I don't know what
           goes on out there.  I don't even know much about the
           Corono Virus.  I just know that we stay here and
           that's it.

Puckett:   Alrighty, so

Stormy:    We had to go to Rapid City recently because our baby
           had something going on and so we went to the doctors
           outside of IHS.  We just came back the other day and
           then, I don't know, George just, he just hasn't been
           here.  They know that too.  The police know that
           because they pulled him over and they know he is out
           there in Rap, or up there in Wamblee because they,
           Officer, ah, what's his name, Kevin ah, Kevin

11

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

something.   There is two cop, there unmarked cars.
They really apprehended him pretty hard the other day.
I don't know what that's about, so.   The people, it
had to have been with the people that they were with.
So.   Other than that, that car was black and that was
just a car, so.

Puckett:   Alright, so

Stormy:   So, that is the only thing I know about George right
now.

Puckett:   So, does George have any issues with KT?

Stormy:   They don't, they say that they don't know each other.
KT has been out of line with me before and I don't
trust KT as far as to be around me when it comes to my
daughter cause, um, and so, I don't know.   Other than
that they don't have any, like, disputes.   They've
never had any run-ins.   I don't, not that I know of.
Then again, they are both from these areas and they
know each other.   They know each other and they
haven't said anything to us.   But other than that, um,
they haven't, there should be no reason.   The only
problem I have is just my daughter.   I don't want my
daughter to go

Puckett:   Yeah.

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:  with him.  He don't even got a home for them to go to.
You know, he is, they gotta think about things and
that is my only issue.  And she is not even thinking
right, so, I just want my grandson to stay here.  So
that was the only thing that happened tonight and he
pulled out and backed and ran over something.  Messed
his mom's car up and he start, he called me names and
that's the only thing, that's as far as it went out
here.  And there is no guys here.  There is nobody
else here except me and my daughters, so.  There would
be no, no, anybody couldn't have said anything to him.
I am not.  Because I just don't, I just don't trust
KT, so, just stay away from him.

Puckett:  Alrighty, so, everything up to this point has been
completely, completely honest, right?

Stormy:  Yes, to the best of my knowledge that I know of.  I
have given you everything.  I don't what's going on.
I don't know what's happening but I don't really want
to know.

Puckett:  Alright, well you are going to need to know cause
this, this, this is a serious case.  That's why we're
called out.  Alright, so.

Stormy:  Well, what happened?

13

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Puckett:   So, let, let, let's go back to this, this Dodge
           vehicle.

Stormy:    Ok.

Puckett:   Ok.  It's back there, right?

Stormy:    Yep.

Puckett:   There is no lightbar on it?

Stormy:    There's no lightbar on it.

Puckett:   Ok, let's go back to when he was stopped the other
           day.  You are saying it's a black car?

Stormy:    Yeah.  A black car.

Puckett:   I just talked to the officer that stopped him and it
           was a grey Dodge truck with a lightbar on it.

Stormy:    No it wasn't.  That truck wasn't, that's not even
           true.

Puckett:   The one, the one they stopped in, the one that got
           stopped in Wamblee at the checkpoint?

Stormy:    Nope.  No, at the checkpoint, he worked at the
           checkpoint.

Puckett:   Oh, he worked at the checkpoint.

Stormy:    He drove that to the, to the checkpoint.  The other
           day, Kevin, Kevin, you know who I am talking about?

Puckett:   Yeah.

Stormy:    The two officers

Puckett:   Yeah.

14

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    they're, they're the ones that don't fuck around.

Puckett:   So, George works at, does he still work at the
           checkpoint?

Stormy:    No, he hasn't.  He's, he doesn't, he doesn't work
           there no more.  Um, that Dodge truck hasn't moved for
           like a month.  A month and a half.

Puckett:   Alright, so, there was a shooting.

Stormy:    There was a shooting, that's what they are telling me.

Puckett:   Somebody got shot.

Stormy:    And it wasn't here that anybody got shot.

Puckett:   It was on your road.

Stormy:    I didn't hear anything.  So, I don't know.  I don't
           think that is true.  There was no

Puckett:   I, I have a victim get life-flighted to Rapid City
           right now.  That was in the vehicle that left this
           house.  And the shooting happened right on this road.

Stormy:    I don't know how that could have happened because
           there was no, they left here, but there was nobody
           else here.

Puckett:   So, so, we need, we need to be honest, alright?

Stormy:    Yes, I am being honest with you.  Nobody got shot
           here.  I don't know

Puckett:   Not, not right here, but on your highway.  On your
           road.

15

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    I don't, I have no idea what you are talking about.
           Nobody got shot.  As far as I know, I didn't hear any
           gunshots.  You would have heard a gunshot.  I'm
           telling you the honest truth.  Nobody got shot.  Not
           here.

Puckett:   Somebody got shot.

Stormy:    Well, I don't

Puckett:   And it was one of the two people that you named up
           here.

Stormy:    They left here.  I know he was cussing at me and he
           left.  And that's that last I seen of him.

Puckett:   So

Stormy:    There was nobody else here but me and my kids.  My
           kids were in the house when they came up.  It was, I
           told him he needed to leave, but he, he immediately
           left.

Puckett:   So, if there is, eventually the whole story is going
           to come out.  If you are not being honest and, and all
           this stuff is not checking out with the person that's,
           that's going to be arrested for this.

Stormy:    What's there not to be checked out?

Puckett:   You could get charged federally for lying to a federal
           officer.

Stormy:    I am not lying to you.

16

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Puckett:  I'm, I'm not saying you are, but

Stormy:   I understand what my rights are.  I understand what is
          going on.  And you, I know what you're telling me, but
          I don't know anything.  So, there's nothing that I'm
          lying to you about that you've asked me here.  So you
          don't need to threaten me with anything.

Puckett:  I am not threatening you, I am just telling you
          because somebody got shot.

Stormy:   I just think this is…well I know and you know

Puckett:  And it wasn't KT.

Stormy:   Is she ok?

Puckett:  I don't, she is getting life-flighted.  I didn't get
          to talk to her.  They took her straight to Bennett
          County before I got here.

Stormy:   I don't know who could have shot her.  They left here
          and that was it.  There was nobody here.  There was me
          and my kids that were here and that was it.  I told
          him not to come here.  I went back in the house and I
          didn't hear anything.  She said they're supposed to
          come back here in an hour and pick her up and that is
          the only thing that was upsetting me and my family is
          because we don't want to be parted.  Because he won't
          leave her alone.  He wasn't invited to come here.
          He's hurt me before and he went to prison for a year.

17

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Puckett:    For what?

Stormy:     I, that's a good question.  He was not supposed to,
            something that happened with a minor or something.
            And so, my, he was supposed to be friends with my
            daughter but that whole time he was trying to be with
            her.  And so he go in trouble for some pretty serious
            stuff.  And I just stepped away but I didn't want my
            daughter going with him and he choked me.  Almost
            killed me and I had to go to the doctor.  I went to
            the hospital and so I don't trust KT.  So he came
            here, showed up, and he was getting all irate and I, I
            don't know who's around here in Red Water.  There are
            a lot of people around here.  I don't know about Guys'
            history and anybody else's history.  I know that
            there's Boss that is out here.  You know, there is…so
            I don't know.  I couldn't tell you anything.  There
            has been people coming out here stealing and
            pillaging.  I don't know anything.  All I know is that
            we were sitting out here

Puckett:    Are there any other side roads off this main road,
            like to go down into any of the ravines or?

Stormy:     There's none that I know of.  I know that there is the
            one that, there's the one that, um, you go up, up
            here.  So there is one that goes off the road and it

                                18

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

goes up here to Dad's grave.  It's up here on the hill.  And then there's one that goes down, down the creek and then it goes up over the field and it goes to May's, May's house or whatever.  But that's like, you go outside of the, you go outside of the gate and it's, like through the gates down at the other end. And they're, they've been having that open because they've been harvesting their field.  But, other than that, they're pretty on spot on things, so.  They would have noticed something.  But other than that, I don't know of any other roads that are around here. And they said that there was a black vehicle and there's no black vehicle here.  This truck right here is the only truck that's

Puckett:  It's, it's dark, you know, it could be a, a grey vehicle but because it is dark, it looks black, you know, so.  At this point, we know it's a darker vehicle, possibly a dark grey, almost a bluish, you know.

Stormy:  The only person I know that was driving a dark car, a SUV, was Boss.

Puckett:  It was a, it was a truck.

Stormy:  Cause there was no black truck, there hasn't been anybody here.  I've been out here by myself with just

19

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

me and my kids.  George has been doing his thing over
there in Wamblee.

Puckett:  So there's, there's a shooter still out here
somewhere.

Stormy:  Yeah, that's why you guys are here.  That' why I asked
them, should we leave.  I don't know who it could be,
to be honest because the only people that where here
were just us.  And then they left and I don't know
what happened from here.  There's a lot of things that
are creepy that are going on around here.  And I am
about, well aware of it.  So, I mean, I don't know if
they are trying to target this house and say that it
was somebody out here.  I don't know.  I don't really,
I mean, you guy's dispatched, I mean everything sounds
all confusing.

Puckett:  Like what?

Stormy:  Just everything.  And I was listening

Puckett:  I don't want you to be confused so if you have a
question let me know and I'll answer it the best

Stormy:  Well he didn't sound like, they didn't even know if it
was even here that they were, like, it didn't even
sound like it came from here.  I didn't hear no
gunshots.  That's the thing is, that's what I'm, I'm
trying to understand where

20

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Puckett:    How far off the road is your trailer from the main
            road?

Stormy:     It's about a, I don't know, maybe like a, it's not a
            quarter of a mile, it's maybe a fourth of a mile.  You
            can here a car come over the hill.  I can hear
            somebody come up the driveway from here.  I was
            sitting outside cause I didn't want my daughter to
            leave with them.  And that's what they were trying to
            do.  They were trying to take her.  He was just like,
            come on, come home.  And he just got pissed off at me
            and called me a bitch and there's just no reason for
            that.  I just don't think that's right.  I mean, if a
            guy can do that to me, you know, he feels like he's
            going to lose her, I mean this is in my mind, that is
            why I don't want her to go.  So that was the only
            dispute and when he left, I seen them drive down the
            way like that.  I didn't hear no gunshots.

Puckett:    You didn't see no other vehicles pull in behind them?

Stormy:     No, there was nobody else here.  This is the only cars
            that are here, is right here and I have a trailer
            hooked to this and I have my truck, this black truck
            and you can't drive that.  You can look at it, the
            wheels are about to fall off.  You can't even start it
            right now.

21

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Puckett:   Well, I am going to give you a card if, if, if you
           think of anything else or hear of anything, cause, I
           mean, if they were targeting KT, they shot the wrong
           person.

Stormy:    I don't know why they would be targeting him.  Who
           would be targeting him?  He' he's

Puckett:   I have no idea.

Stormy:    And he is from this, he comes up here and he parties
           around here.  He knows other people.  So I don't know
           and I don't, and I, but there's

Puckett:   That's what we are trying to figure out.  None of us
           know, you know.  We're trying to talk to everybody
           that we possibly can.

Stormy:    And to be honest, like, I don't, I didn't really know
           the history of this, or anything about this family, I
           just know that, I know, I knew Guy and I came out here
           to help because he was sick and I do that, I help out
           with elders.  And then me and George ended up getting
           together.  But, I had a, the cops come out here
           before, where's George at?  Where's the guns at?  I
           mean, it's always this and I don't have any frickin
           clue what's, what they are talking about half the
           time.  I think it is really unfair cause I don't, I
           really don't know what's going on half the time.  I

22.

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

don't know the history and, of what is going on here,
so. All I know is that I have my kids and we are all,
everything, like, every so often there is cops
barreling in here. Every other month it seems like.
I don't know what is going on. I know we are all
safe. Nobody has hurt us. He came in, I let him come
in, he seen all of us. There was no corruption,
nothing, you know. Like nobody was upset or anything,
it just, I just asked KT to leave. I said just, I
don't want to concern my kids and then my little
grandson knew something was going on with him, so, he
just doesn't, he was really clingy to me. He doesn't
want to go nowhere. I told my daughter, he needs to
just stay. You guys just need to stay. Not that he
is doing anything wrong, she hasn't even been around
him for two weeks. My sister came from Oregon and
they just got back from the Sundance, they went to one
Sundance that was phony and we told them not to go
there because that, um, guy is a, Guy, he pointed out
a lot of, they call that a lot of fake medicine men
around here and he was one of them. So she got told
and she still went, but she learned herself. And so
anyways, they ended up going to Leonard Crow Dog's
Sundance. That ended two days ago and they just got

23

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

back yesterday.  And then my sister left.  And they
were the only other vehicle and she has a green truck
and that, but they left yesterday.  But there's never
a red truck that comes out here.  Nobody's been coming
here at all.  Every once in a while, though, Boss will
come out here.  That's the only person, he's always
got a black type of car.  Black, grey.  The other
night, there was a Darwin that came out with a black
car and the lady looked like she was on drugs.

Puckett:   Who is Boss?

Stormy:    Boss is the first born son here.

Puckett:   What's his name?

Stormy:    His name is Boss Dull Knife, I guess, I don't know.

Puckett:   And you said he drives a?

Stormy:    He usually drives like a black car or he drives a
           black SUV.  That's the only other person that I know,
           I haven't seen him drove the SUV since he, cause he
           got arrested from here, a while back.

Puckett:   And then you said Darwin, who's Darwin?

Stormy:    I don't know, I just got introduced to him the other
           night.  We were probably, not the other night, but, it
           was about a week ago.

Puckett:   What kind of car does he drive?

24

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    He drove, drives like, it was like, I don't know, they
           were not black.  PT Cruiser or whatever.  Something
           like that.  And there was a girl that was ?, I don't
           know man, he was, it looked like they were up to no
           good.  I really wasn't happy with them.  I don't, I
           don't like that.  I don't like drugs and alcohol.  I
           don't want to associate with it.  So, all I know is,
           um, we're supposed to be here caretaking this place
           and I got my kids here and I just don't want no
           problems.  And so, everything that I told you, Carmen
           and KT did come here, but they left and there was
           nobody here when they were here and that is the honest
           truth.  They left

Puckett:   Is that the highway right there?

Stormy:    Yep, you can see the highway from here.

Puckett:   Alright.  Well, there is my card.  Thanks for your
           information.

Stormy:    She's, she's ok isn't she though?

Puckett:   Like I said, I don't know.  She's, they took her, I
           got called and I came straight to their car over there
           by Wamblee.  And there, she was already on the way to
           the hospital.  Is your daughter up?

25

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:     They are all sleeping right now.  I was the only one
            waiting up cause they said you guys wanted to talk to
            me, so.

Puckett:    Well, I need to talk to her.  Want to, probably not
            tonight if she is asleep, but tomorrow for sure.

Stormy:     Ok.  Yeah, I got a little infant and her baby's in
            there too, so.  We've, or I've got puppies that are
            dying so it's kinda, like, all crazy right now.  And
            then this is going on and my little girl is attached
            to Wasko and she is all upset because she don't want
            Wasko to go.

Puckett:    How do you say her name? Wa

Stormy:     Waskoness.

Puckett:    Waskoness.

Stormy:     Yeah.  And so, she is going to be really sad when,
            when she hears about Carmen.  I get along with Carmen.
            I just know, I mean we do now because we have a
            grandson, but I just know that they are the ones that
            are always been hostile towards me and, towards me and
            my, well towards me because I have always been against
            him being with my daughter.  She's like, he's like, I
            don't know, now I know he is six years older, but we
            went up to that Dapple thing, or whatever, and that's
            how we found, and then he found us out in Oregon and,

                                26

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

it's just like, he's always coming around and I don't
trust him. I don't trust the way that he acts. He
really acts weird about things and he gets, like, I
don't know how to explain it, but, it's just like, he
just panics and, like, do anything to keep her,
possessive to me. It's not healthy. I don't want my
daughter around him with my grandson. I did the right
thing. I didn't let them go. And that's all I know.
We went back inside and I, she wasn't, she was out
here me for a minute, but she went inside. Because
she knows how they get, but other than that, he was
the only

Puckett:   And, and she told him to come back in an hour?

Stormy:    She told him, they were supposed, they said, he said
he was going to come back in an hour. She said, I
don't have my things ready or anything. And so, I
don't know if she is lying to me or not either, but
none of us have a phone or internet. So I don't know
how he knew to; he just came here. And, um, I don't
know, he's not on

Puckett:   Maybe she contacted him with your sister's phone?

Stormy:    She's been here, she hasn't been using it.

Puckett:   Like, after they got out

27

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:    Yeah, yesterday, yesterday maybe they did, but I, and
           I talked to him on the phone and I told him, I said,
           don't come here.  I just told him, don't come here
           because he just, I don't like the way that he acts.
           He choked me to the point to where I seen light and so
           I just don't ever trust him.  That was a long time
           ago.  That is just how he gets, possessive over her
           and that, to me, that is a red flag.  And if he could
           do that to me and he feels like he is going to lose
           her, that is my only problem, you know?  And so, um,
           it is never good when he freaks out like this and that
           is what he was doing, was freaking out.  Calling me
           names and screaming and everything else like that.

Puckett:   Alrighty, well we are going to be here for quite some
           time, so if you look out and you see us here, then,
           alrighty.

Stormy:    Well what do you mean, quite some time?

Puckett:   Well, we gotta, I'll explain it to you later.  After I
           get, get all my paperwork done.

Stormy:    Ok, well, I just want to know everything right now.  I
           don't want to know later because I am just, just want
           to know what is going to happen.  I've already, I've
           already been through enough.  We've got puppies dying,
           my kids are attached to them, my daughter is try, just

                              28

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

came back and we've always been together and I wish KT
would just leave us alone.  I don't understand what's
going on.  I don't understand what happened.  And I
don't want to know.  I just want us to be left alone.
I don't know what happened and I, I'm telling you
everything right now and I just think it's so unfair
that we have to keep going through this.  Because they
think something.  And nine out of ten times it's not,
like they come here looking for George and, last time,
George wasn't even here, he was at sweat and things
were actually good.  You know.  Another time we were
walking to the store and a drunk got, attacked him.
He went to jail.  And he was sober, but he went to
jail and the drunk guy got, I mean, it's just things
like that, that just, I mean I have worked with, you
know, like domestic violence things or different
situations with the police, and it's just that, you
know, gone down differently.  And, so, I just know
that there a lot of times is false accusations and
people

Puckett:  Well this ain't false, I mean, somebody got shot here.
Alright.  That's, that's facts.

Stormy:  They didn't get shot here.

Puckett:  On this property.

29

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

?:          Not right here.

Puckett:    Well, on the road.

Stormy:     I don't know if, about that.  I don't, I can't really
            tell you that that really happened.

Puckett:    I, I know what I know is that somebody got shot.

Stormy:     I am telling you that nobody got shot on this
            property.  They left

Puckett:    How far does this property go?

Stormy:     This property goes, you come down the road, that's it.

Puckett:    Yeah.  All the way to the highway?

Stormy:     That's it, yeah.  It goes all the way to the highway.

Puckett:    And then how far this way?

Stormy:     That way?  It's, then it's the Mays, um, it goes to
            the Mays.  There's like a fence line and

Puckett:    How far over that way?  Not too far?

Stormy:     About the same length to this.

Puckett:    Oh.

Stormy:     And right now they've got it all shut off because
            they've got, they've been harvesting, so all of our
            horses are in their pasture and it's just kinda like
            their thing right now so we, they have a lease between
            his dad and them, so, there's, we can't really go
            other places on here because they are doing things.
            Like growing stuff.  Like growing wheat and sugar and

30

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

then they've got their cows that they had here for a
while.  So really all we got is just this area right
here because everything else is leased out.  And, so
other than that, there is no other roads except for
this road right here that we come in on.  And there
was no shooting here.  So I don't know when that could
have happened.  If it even happened here.  There's
been a lot of weird things going on out here.  Not
just here, but, I'm just saying when I say out here,
but out here on the rez.  I am well aware of
everything.

Puckett:   Alrighty, well, I am getting a search warrant for the
           property.

Stormy:    Ok.

Puckett:   Um, and then I just gotta wait for that to get signed.
           Um, that's going to a federal judge up in Rapid, so
           that's, I am waiting for that to get all figured out.
           And then we will be, we will be out here for quite
           some time so we could be here till 4:00, we could be
           here till 10:00 tomorrow, so.  Alrighty?

Stormy:    So, do I have to sit here the whole time?

Puckett:   No, no.  We're done here.  Um, like I said, you've got
           my phone number if you hear anything about it, give me
           a call.

                            31

US v. Kimberlee (Stormy) Pitawanakwat
Interview 8/6/2020

Stormy:     Alright then.   Well you have a good night.

Puckett:   Yep, you too.   Sorry to bother you all night.

Stormy:     That's all right.   Do you guys need to talk to me
            anymore?

End of recording.