UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLEE PITAWANAKWAT,<br><br>Defendant. | 5:20-CR-50122-02<br><br><br>ORDER |

Pursuant to Standing Order 20-01, it is

ORDERED that Clerk of Court return the following physical evidence to the government:

    Exhibit 1 – Interview recording of Kimberlee Pitawanakwat; and

    Exhibit 2 – Body camera video of Kevin Klesh

IT IS FURTHER ORDERED that the government shall store and maintain these physical exhibits until the final resolution of the case pursuant to D.S.D. Crim. LR 57.3.

Dated April  20th , 2021.

BY THE COURT:

_____
Daneta Wollmann
Magistrate Judge