UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | 5:20-CR-50122 |
|---|---|
| Plaintiff, | **MOTION FOR BILL OF PARTICULARS** |
| v. | |
| KIMBERLEE PITAWANAKWAT, | |
| Defendant. | |

The Defendant, Kimberlee Pitawanakwat, by and through her undersigned attorney, Jonathan P. McCoy of Costello, Porter, Hill, Heisterkamp, Bushnell & Carpenter, LLP, respectfully moves this Court, pursuant to Federal Rules of Criminal Procedure 7(f) and 12(b)(3)(iii), to direct the government to supply the following particulars in reference to the indictment filed in the above captioned case:

1. With respect to Count Five, the nature of the act or conduct demonstrating or performing the alleged receipt, relief, comfort, or assistance to Defendant George Dull Knife.

WHEREFORE, it is respectfully requested that the Court grant this Motion For Bill of Particulars.

Dated this 30th day of September 2021.

                                         **COSTELLO, PORTER, HILL, HEISTERKAMP, BUSHNELL & CARPENTER, LLP**

                                         By: */s/ Jonathan P. McCoy*
                                                Jonathan P. McCoy
                                                PO Box 290

Rapid City, SD  57709
605-343-2410
jmccoy@costelloporter.com
*Attorney for Defendant*