UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| Courtroom Deputy - SRC | Court Reporter – FTR |
|---|---|
| Courtroom - RC #2 | Date: October 22, 2021 |
| U.S. Probation Officer – Not Present | |

5:20-cr-50122-02

| United States of America | Ben Patterson |
|---|---|
| Plaintiff, | |
| vs. | |
| Kimberlee Pitawanakwat | Jonathan McCoy |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 11:00 a.m.
TIME:

11:04 a.m.   Enter motion hearing before the Honorable Daneta Wollmann.

　　　　　　The Court notes the appearance of counsel.

　　　　　　Mr. Patterson moves to amend the order setting conditions of release.
　　　　　　Mr. McCoy objects.

　　　　　　The Court grants the motion and enters an amended order setting conditions of release.

　　　　　　Mr. McCoy makes a motion for transcript of the proceedings.
　　　　　　The Court grants the motion.

11:28 a.m.   Court is adjourned.