UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-50122-02 |
| Plaintiff, | UNITED STATES' MOTION FOR EXTENSION OF TIME |
| vs. | |
| KIMBERLEE PITAWANAKWAT, | |
| Defendant. | |

Comes now the United States of America, through Assistant United States Attorney Heather Sazama, to seek an extension of time to respond to the defendant Kimberlee Pitawanakwat's Motion to Sever (Docs. 147). The undersigned has had an unrelated jury trial scheduled to begin on December 27, 2021, and accordingly, additional time is needed to prepare the United States' response to the defendant's motion to ensure that counsel has competently and fully reviewed the record and addressed all necessary arguments and issues raised in the motion.

The undersigned has communicated with Jonathan McCoy, counsel for the defendant, and is authorized to inform the Court there is no objection to the requested extension. Mr. McCoy asks that the extension be made reciprocal, so that the defendant's responsive brief is not due until December 27, 2021. The United States has no objection to the defendant's request for a reciprocal extension.

Based on the foregoing, the United States respectfully requests a one-week extension, until December 21, 2021, in which to serve and file its response to Kimberlee Pitawanakwat's Motion to Sever (Doc. 147, with supporting memorandum filed at Doc. 148).

Respectfully submitted this 15th day of December, 2021

        DENNIS R. HOLMES
        Acting United States Attorney
        By:

          /s/ Heather Sazama
        _____
        Heather Sazama
        Assistant U.S. Attorney
        515 9th Street #201
        Rapid City, SD 57701
        Telephone: (605)342-7822
        E-Mail: Heather.Sazama@usdoj.gov