AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| KIMBERLEE "STORMY" PITAWANAKWAT, | ) Case No. 5:20-cr-50122-02 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED U.S. MARSHALS RAPID CITY, SD 2020 SEP 21 PM 2:14

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     KIMBERLEE "STORMY" PITAWANAKWAT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

False Statements          18 U.S.C. § 1001(a)(2)

Accessory After the Fact     18 U.S.C. § 3

Date: 9/18/2020  ~~09/17/2020~~

_____
Issuing officer's signature

City and state:  Rapid City, SD

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/21/2020, and the person was arrested on *(date)* 9/28/2020
at *(city and state)* Rapid City, SD.

Date: 1/24/23

_____
Arresting officer's signature

DUSM Joshua Petersen
*Printed name and title*
on behalf of unknown

CC USMS/t