UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 20-50122-JLV-02 |
| Plaintiff, | ) | |
| vs. | ) | **SPEEDY TRIAL WAIVER** |
| KIMBERLEE PITAWANAKWAT, | ) | |
| Defendant. | ) | |

I, Kimberlee Pitawanakwat, state as follows:

1. I am the defendant in the above-captioned matter.

2. My attorney has advised me of my constitutional right to a speedy and public trial under the Sixth Amendment and my rights under the federal Speedy Trial Act ("the Act"). My attorney has informed me that, under the federal Speedy Trial Act, my trial must ordinarily commence within seventy days after the Indictment was filed or after I first appeared before a magistrate, whichever occurred first. My attorney has also explained that the seventy-day period can be extended due to periods of time that are excluded under the Act.

3. My attorney has informed me that he filed a motion on January 17, 2023 requesting that my trial date be continued for a period of approximately 60 days. My attorney advised me that he moved for the continuance because he had only recently been appointed to represent me after I requested replacement counsel and that the continuance is necessary to provide adequate time to review the discovery materials, to formulate a

defense evaluation and strategy, to communicate and work with me regarding my case and to prepare for trial. I understand and I agree with my attorney's position and I understand that the Court has granted my attorney's motion.

4. My attorney requested that I consent to waiving my rights under the Sixth Amendment and the Speedy Trial Act for the additional period of approximately 60 days encompassed by the continuance that the Court has now granted. I hereby do so by knowingly and willingly signing this waiver.

Dated this 23rd day of January, 2023.

_____
Kimberlee Pitawanakwat

C:\Data\pitawanakwat\doc\speedy trial waiver.wpd