UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLEE PITAWANAKWAT,<br><br>Defendant. | 5:20-CR-50122-JLV-02<br><br>ORDER OF RECUSAL |

Pursuant to 28 U.S.C. § 455(a), this court recuses itself from hearing or determining any proceeding in the above matter.

DATED this 31st day of May, 2023.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge