UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLEE PITAWANAKWAT,<br><br>Defendant. | 5:20-CR-50122-KES<br><br>ORDER GRANTING CONTINUANCE |

Defendant, Kimberlee Pitawanakwat, moves for a 60-day continuance. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defendant's motion to proceed pro se was recently granted and defendant needs additional time to file motions and prepare for trial. Based on the foregoing, it is

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | August 29, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | August 29, 2023 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to September 15, 2023 |

| Applications for Writ of Habeas Corpus Ad Testificandum | September 26, 2023 |
|---|---|
| Expert witness disclosures | September 26, 2023 |
| Other motions | October 3, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | October 3, 2023 |
| Plea agreement or petition to plead and statement of factual basis | October 3, 2023 |
| Notify court of status of case | October 3, 2023 |
| Rebuttal expert disclosures | October 10, 2023 |
| Motions in limine | October 10, 2023 |
| Proposed jury instructions due | October 10, 2023 |
| Jury trial | Monday, October 16, 2023, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated June 16, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE