UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KIMBERLEE PITAWANAKWAT<br><br>Defendant | 5:20-CR-50122<br><br>MOTION TO COMPEL FED. R. CRIM. PRO. 16 DISCOVERY, TIMELY BRADY DISCLOSURE AND FOR ADDITIONAL RELIEF |

Kimberlee Pitawanakwat
26214 Foster Road
Monroe, OR 97456
kimberlee.pitankwt@gmail.com

# EXHIBIT C

## FIREARM VIOLATIONS

| When | Where (Venue) | What |
|---|---|---|
| 10/12/2018 | D. Del. | 18 USC § 922(a)(6) |

Hunter committed a felony on 10/12/2018 by lying on the Bureau of Alcohol, Tobacco, and Firearms (ATF) Form 4473. Before he could purchase a .38 revolver at Ron Palimere's[1496] Starquest Shooters & Survival Supply gun shop, Hunter needed to satisfy the requirements listed on the ATF's "Firearms Transaction Record." Hunter answered "No" to the following question: "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? … The use or possession of marijuana remains unlawful under Federal law…"[1497] Contemporaneous photos[1498] confirmed that Hunter was in the Wilmington area and that he had ingested crack cocaine.



[1496] "Ron Palimere," *LinkedIn*, archive.ph/d6s3o & archive.ph/wSOtO
[1497] Jon Levine, "Hunter Biden begged Hallie for cash to go to rehab before gun buy," *New York Post*, October 2022, archive.ph/J2udH
[1498] "The night before he bought the gun, Hunter was at Hallie's place trawling through her … phone. He took forty-nine photographs of the Caller ID display showing incoming numbers …Late that night he was looking up phone numbers on …. Spokeo.com and found a forty-seven-year-old man from a nearby suburb. He added the screenshot to his photo roll." See Miranda DEVINE, "Laptop from Hell," *Post Hill Press*, November 2021, archive.is/683Jm & archive.ph/s70Rq

**DRUG-RELATED CRIMES**                                                                 462

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 10/23/2018ff | D. Del. | Hallie Olivere Biden | 18 USC § 922(q)(2)(A) & 11 Del. C. §§ 1245A, 1442, 1456, 1457 |

Although the felony that Hunter committed by submitting false[1499] information on a firearm purchase form is prosecuted only half the time, Hunter's lie created other headaches for him and the Bidens. Hunter described those headaches in an iMessage to his former psychiatrist on 12/06/2018: "Did I tell you what she [Hallie] did with my [.]38 [revolver][?] … [she] [t]ook [the gun] from [the] lock box of [my] truck and put it IN [a] PapER BAG AND Threw it in [a] trash can at [a] local high end grocer [Janssen's Market]. For no reason. And I freaked when I saw it was missing 10 minutes after she took it and when she went back to get it after I scared the shit out of her it was gone[,] which led to [a] state police investigation[1500] of me. True story." Hunter's psychiatrist understood that, despite Hallie's attractive physique (in his mind), she committed crimes: "[Hallie] tossed out a gun where a kid could have blown his sister's head off … Whether she is built like a greyhound or not becomes irrelevant."



Joe with police in Delaware (2017)

---

[1499] "The Brady Handgun Violence Prevention Act of 1993, ushered into law by then-Sen. Joe Biden, at the time chairman of the Senate Judiciary Committee, made Form 4473 a key part of background checks for gun purchases[.]"
See Devlin Barrett and Perry Stein, "Federal agents see chargeable tax, gun-purchase case against Hunter Biden," *Washington Post*, October 2022, archive.ph/tEbhN

[1500] "[T]he case was referred for a decision on prosecution to the Delaware Department of Justice."
See Dave Urbanski, "Hunter Biden's gun was taken by Hallie Biden in 2018, thrown into a supermarket garbage can, went missing — and no arrests were made," *TheBlaze*, October 2020, archive.ph/P9YXL