UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KIMBERLEE PITAWANAKWAT<br><br>Defendant | 5:20-CR-50122<br><br>MOTION TO COMPEL FED. R. CRIM. PRO. 16 DISCOVERY, TIMELY BRADY DISCLOSURE AND FOR ADDITIONAL RELIEF |

Kimberlee Pitawanakwat
26214 Foster Road
Monroe, OR 97456
kimberlee.pitankwt@gmail.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: DESIGNATION OF THE JURISDICTION OF THE UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION. | STANDING ORDER 21-08 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 28 U.S.C. §636(b)(l)(A), I designate to United States Magistrate Judge Veronica L. Duffy the jurisdiction:

> to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action.

Further, and pursuant to 28 U.S.C. § 636(b)(l)(B), upon referral by the district court, I designate to United States Magistrate Judge Veronica L. Duffy the jurisdiction to conduct hearings, including evidentiary hearings, and to submit proposed findings of fact and recommendations to the district court judge for the disposition of any motion described in 28 U.S.C. § 636(b)(l)(A), and of applications for post-trial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement. This grant of jurisdiction to the magistrate judge includes resolution of social security disability appeals.

Further, pursuant to 28 U.S.C. §§ 636(a)(3) and (a)(4) and 18 U.S.C. § 3401(a), I designate to United States Magistrate Judge Veronica L. Duffy the jurisdiction to try persons accused of and sentence persons convicted of petty offenses (Infractions, Class C misdemeanors, and Class B misdemeanors) committed within the District of South Dakota. Further, pursuant to 28 U.S.C. § 636(a)(5) and 18 U.S.C. § 3401(b), I also designate Magistrate Judge Veronica L. Duffy to try persons accused of and sentence persons convicted of non-petty offenses (Class A) misdemeanors committed within the District of South Dakota if the parties sign a written consent to be tried before the magistrate judge, which consent specifically waives trial before, and judgment and sentencing

by, a district court judge.

Further, pursuant to 18 U.S.C. § 3401(i), I designate Magistrate Judge Veronica L. Duffy to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the district court judge proposed findings of fact and recommendations for such modification, revocation, or termination by the district court judge.

Further, pursuant to 28 U.S.C. § 636(c)(1), upon written consent of the parties, I designate Magistrate Judge Veronica L. Duffy to conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case.

Pursuant to 28 U.S.C. § 636(b)(2) and the applicable Federal Rules of Civil Procedure (excluding Rule 53(b)), and upon consent of the parties, I designate Magistrate Judge Veronica L. Duffy to serve as a special master in appropriate civil actions.

Pursuant to 28 U.S.C. § 636(b)(3), upon written consent of the parties, I designate Magistrate Judge Veronica L. Duffy to preside over allocution and change of plea proceedings in felony criminal cases. The magistrate judge will submit her proposed recommendations to the district court for *de novo* review.

Pursuant to 28 U.S.C. § 636(b)(3), Magistrate Judge Veronica L. Duffy will perform such additional duties as may now or hereafter be assigned by the district court, which duties will not be inconsistent with the Constitution and laws of the United States.

Dated August 11th, 2021.

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

*[signature]*