UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KIMBERLEE PITAWANAKWAT<br><br>Defendant | 5:20-CR-50122<br><br>RENEWED MOTION TO COMPEL FED. R. CRIM. PRO.16. DISCOVERY, TIMELY BRADY DISCLOSURE AND FOR SANCTIONS INCLUDING CONTEMPT |

Kimberlee Pitawanakwat
26214 Foster Road
Monroe, OR 97456
kimberlee.pitankwt@gmail.com

# EXHIBIT D

# AUTHORIZATION

| 1 CIR/DIST/DIV CODE | 2 PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 0869 | Kimberlee Pitawanakwat | | 0869.1570985 |

| 3 MAG DKT/DEF NUMBER | 4 DIST DKT/DEF NUMBER | 5 APPEALS DKT/DEF NUMBER | 6 OTHER DKT NUMBER |
|---|---|---|---|
|  | 5:20-CR-50122-2-KES-DLW |  |  |

| 7 IN CASE/MATTER OF (Case Name) | 8 PAYMENT CATEGORY | 9 TYPE PERSON REPRESENTED | 10 REPRESENTATION TYPE |
|---|---|---|---|
| USA v. Dull Knife et al | Felony (including pre-trial diversion of alleged felony) | Adult Defendant | Criminal Case |

**11 OFFENSE(S) CHARGED** (Cite U S Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
{18:1001.F} 18 U.S.C. &amp;sect 1001(a)(2); FALSE STATEMENTS,{18:3.F} 18 U.S.C. &amp;sect 3; ACCESSORY AFTER THE FACT

**12 ATTORNEY'S STATEMENT**

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation I hereby request:

[X] Authorization to obtain the service  Estimated Compensation and Expenses: $ **$3,585.00** (Approved Amount: $3,585.00)       OR

[ ] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act ( *Note: Prior authorization should be obtained for services in excess of the statutory maximum, excluding expenses)*

Signature of Attorney: Clerk of Court /S/                Date: 6/15/2023

[ ] Panel Attorney   [ ] Retained Attorney   [ ] Pro-Se   [ ] Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Clerk of Court - Bar Number:

Telephone Number:

**13 DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See instructions)
To assist in the defense. See attached.

**14 TYPE OF SERVICE PROVIDER**
- 01 [ ] Investigator
- 02 [ ] Interpreter/Translator
- 03 [ ] Psychologist
- 04 [ ] Psychiatrist
- 05 [ ] Polygraph
- 06 [ ] Documents Examiner
- 07 [ ] Fingerprint Analyst
- 08 [ ] Accountant
- 09 [ ] CALR (Westlaw/Lexis, etc.)
- 10 [ ] Chemist/Toxicologist
- 11 [X] Ballistics
- 13 [ ] Weapons/Firearms/Explosive Expert
- 14 [ ] Pathologist/Medical Examiner
- 15 [ ] Other Medical
- 16 [ ] Voice/Audio Analyst
- 17 [ ] Hair/Fiber Expert
- 18 [ ] Computer (Hardware/Software)
- 19 [ ] Paralegal Services
- 20 [ ] Legal Analyst/Consultant
- 21 [ ] Jury Consultant
- 22 [ ] Mitigation Specialist
- 23 [ ] Duplication Services (See Instructions)
- 24 [ ] Other (Specify)
- 25 [ ] Litigation Support Services
- 26 [ ] Computer Forensics Expert

**15 COURT ORDER**
Financial eligibility of the person represented having been established to the Court s satisfaction, the authorization requested in Item 12 is hereby granted.
Karen Schreier /S/
Signature of Presiding Judge or By Order of the Court
6/15/2023
Date of Order                Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
[ ] YES   [X] NO

| Signature of Presiding Judge | Date Signed | Judge Code | Approved Amount | Total Approved Amount |
|---|---|---|---|---|
| Karen Schreier /S/ | 6/15/2023 | 6911 | $3,585.00 |  |
| Signature of Chief Judge, Court of Appeals (or Delegate) | Date Signed | Judge Code | Approved Amount |  |
| Lavenski R. Smith /S/ | 6/23/2023 | -822 | $3,585.00 | $3,585.00 |