UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff | 5:20-cr-50122 |
|---|---|
| vs. | ORDER |
| KIMBERLEE PITAWANAKWAT, Defendant | |

Pending before the Court is Defendant Kimberlee Pitawanakwat's First Motion to Dismiss Indictment, Doc. 238. In the interest of justice, the Court directs that any response the Government wishes to make must be filed by Tuesday, August 8, 2023.

Accordingly, IT IS ORDERED that the date for any Government response to Defendant's motion to dismiss must be filed by August 8, 2023.

Dated this 26ᵗʰ day of July, 2023.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK