UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KIMBERLEE PITAWANAKWAT<br><br>Defendant | 5:20-CR-50122<br><br>SUPPLEMENTAL MOTION TO DISMISS<br><br>AND FOR ALTERNATIVE RELIEF |

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

United States of America
v.
KIMBERLEE "STORMY" PITAWANAKWAT,

Case No. 5:20-cr-50122-02

Defendant

RECEIVED
U.S. MARSHALS
RAPID CITY, SD
2020 SEP 21 PM 2:14

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KIMBERLEE "STORMY" PITAWANAKWAT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

False Statements     18 U.S.C. § 1001(a)(2)

Accessory After the Fact     18 U.S.C. § 3

Date: 9/18/2020 ~~09/17/2020~~

*Issuing officer's signature*

City and state: Rapid City, SD

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/21/2020, and the person was arrested on *(date)* 9/28/2020
at *(city and state)* Rapid City, SD

Date: 1/24/23

*Arresting officer's signature*

DUSM Joshua Petersen
*Printed name and title*
on behalf of unknown

CC USMS/T

CASE 20S-02289   DA # _____     COURT CASE # _____

State of Oregon   )
                  )          PROBABLE CAUSE AFFIDAVIT
County of Lincoln )

I, the undersigned police officer, after first being duly sworn upon oath, do hereby affirm that the following information is true to the best of my knowledge and belief:

CIRCUIT COURT
FILED _____ RECEIVED _____

NAME OF ARRESTEE: .................................... Kimberlee Pitawanakwat
ARRESTING OFFICER: .................................. Deputy Akin      SEP 24 2020
DATE/TIME OF ARREST: ............................... 09/24/2020 at 1702 hours
                                                      AT _____ O' CLOCK _____ M
CRIME(S) ALLEGED: ...................................... Fugitive
LOCATION...................................................... Takelma Ct/Judd Rd, Siletz, OR

## BRIEF SUMMARY OF PROBABLE CAUSE

September 24, 2020 at approximately 1700 hours I responded to the intersection of Takelma Ct and Judd Rd in Siletz, OR based on information that Kimberlee Pitawanakwat was at the location from Sgt Etheridge. I reviewed dispatch information and found that Pitawanakwat had a federal FBI warrant for her arrest out of Minneapolis. Dispatch confirmed the warrant. I located and detained Pitawanakwat in handcuffs, and confirmed her identity using an Oregon DMV photograph. I transported Pitawanakwat to the Lincoln County Jail where she was lodged.

POLICE OFFICER: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS 24 DAY OF Sept, 2020

NOTARY OR CLERK
OF THE COURT: _____

OFFICIAL STAMP
CHRISTOPHER BRYCE MILLER
NOTARY PUBLIC-OREGON
COMMISSION NO. 964115
MY COMMISSION EXPIRES AUGUST 07, 2021

___ I find probable cause exists to believe the arrestee committed the crime(s).
___ I find insufficient probable cause exists, based on the information provided herein.
___ Defendant released before probable cause determination.

JUDGE: _____        DATE: _____
CORRECTIONS OFFICER: _____      DATE: _____

Original: Court                              Copies: DA, Inmate File, Arresting Agency