UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>KIMBERLEE PITAWANAKWAT<br>Defendant | 5:20-CR-50122<br>SECOND SUPPLEMENTAL MOTION TO DISMISS AND FOR REFERRAL OF AUSA HEATHER K. SAZAMA TO THE DEPARTMENT OF JUSTICE FOR INTENTIONAL VIOLATION OF 18 U.S.C. § 1001(a)(3) – SUBMITTAL OF A FALSIFIED ARREST RECORD |

# EXHIBIT A

Case 5:20-cr-50122-LLP   Document 260-1   Filed 08/18/23   Page 2 of 4 PageID #: 1487



**Derek Puckett**
1d

I better get my app back in.

😛😛😛😛

**Gaylen Twiss**
2d

Vacancy Announcement #23-089

| | |
|---|---|
| Position: | Criminal Investigator (Exempt) |
| Salary: | Grade Level 39/0 ($57,580 per annum) |
| Program: | Dept of Public Safety – Criminal Investigation Unit |
| Location: | Pine Ridge, So. Dak. |
| Opening Date: | August 14, 2023 |
| Closing Date: | August 25, 2023 |

**General Description of Duties:**
The Criminal Investigator is under the direct supervision of the Supervisory Criminal Investigator. The primary responsibility is investigative functions of crimes committed on, or involving, the Oglala Sioux Tribe/Pine Ridge Indian Reservation. This includes major federal and in-state crimes simulated into the federal statues under Title 18 USC§ 1153. These crimes include, but are not limited to: murder, manslaughter, child sexual abuse, kidnapping, rape, assault, arson, burglary, robbery, counterfeiting, and embezzlement. These crimes also include organized criminal enterprises affecting gaming and gaming operations; and involving the production, sale, or distribution of illegal narcotics. In addition, this position shall be used to preserve and maintain law and order throughout the Pine Ridge Reservation under jurisdiction of the Oglala Sioux Tribal Courts.

**Specific Duties:**
1. Investigate, arrest, and detain persons relating to suspended or violations of tribal, federal, state, and/or local laws such as assault, burglary, auto theft, or child sexual abuse.
2. Will be required to testify at hearings and trials in tribal, federal, or state courts. Secure search and arrest warrants through the process of affidavit.
3. Responsible for seizing, securing, and maintaining the proper chain of custody for crime scene evidence. Interview suspects and witnesses, secure and collaborate testimony, manage and direct movement security of prisoners into control of the detention personnel.
4. Prepare accurate detailed case reports of investigations, activity reports, and statistical reports for submission to a higher-level investigation for final disposition.
5. Perform surveillance of sites under close watch of other investigators to obtain evidence and to seek suspects and events of probable criminal activity. Develop intelligence data on individuals and organizations known or suspected to be involved in criminal activity. Recruit and cultivate individuals for use in support of criminal investigations.
6. Will work closely, as required, with the uniform division personnel and will coordinate activities and shared responsibility situations.
7. Assist with the Federal Bureau of Investigations and US Marshalls Service in executing federal warrants of arrest.
8. Transport federal prisoners when needed.
9. Required to work irregular shifts, nights, weekends, and holidays.
10. Serve civil and criminal writs.
11. Seize property pursuant to court orders.
12. Adhere to all policies and procedures adopted by the Department of Public Safety of the Oglala Sioux Tribe and will be responsible for the consequences of breach of same.
13. Respond to assist with serious incidents and with special events.
14. Will implement community policing to ensure the participation of the Pine Ridge Reservation communities in the protection of life and property.
15. Perform other related duties as assigned by the supervisor.

**Requirements and Knowledge:**
1. Must have in-depth knowledge of law enforcement procedures and techniques including investigation of crimes, federal rules of criminal procedures, police conduct, courtroom etiquette, rules of evidence, and rules of testimony.
2. Must have general knowledge of tribal, federal, and state court decisions which impact law enforcement on Indian lands, especially decisions involving jurisdictional authority questions.
3. If an instructor, he/she will assist in conducting police training for the specified area in which he/she is certified to instruct.
4. Must have the ability to read, write, and spell correctly, and have good verbal communication skills.
5. Must have skill in collecting, assembling, and representing pertinent facts both orally and in writing, and in preparing clear and concise reports.
6. Must have knowledge of computer applications and information management technology used to track and assist in the conduct of criminal investigations.
7. Must have skill in the use of firearms and pass bi-annual qualifications.
8. Must have good driving skills.
9. Must be able to work under stressful and sometimes dangerous conditions. Must be in good physical condition and have the ability to think and respond quickly.
10. The Privacy Act of 1974 mandates that the incumbent shall maintain complete confidentiality of all records and all other pertinent information that comes to his/her attention.
11. Must be able to participate in a Physical Efficiency Battery (PEB) test and participate in a PEB annually.
12. Must maintain physical fitness and proficiency in use of firearms and vehicles.
13. This position is identified as a "Testing Designated Position"

**Qualifications:**
1. Must have a High School Diploma or equivalent GED.
2. Must have a valid driver's license with no serious traffic violations within the past three (3) years.
3. Must have completed United States Indian Police Academy (IPA), or equivalent training from a recognized Law Enforcement Police Academy, with current certification.
4. Basic Criminal Investigator training with current certification preferred; if not certified, will complete training within six (6) months of hire for certification.
5. Completed supervisory training from a recognized Law Enforcement Police Academy preferred, if not, will receive training within six (6) months of hire
6. Must have five (5) years of work experience in law enforcement.
7. Certified weapons qualification to carry a duty weapon; qualification must be current.
8. Must qualify for and receive a Deputy Special Officer Commission from the Bureau of Indian Affairs.
9. Not have been found guilty of, or entered a plea of nolo contendere or guilty to, any felonious offense, or any of two or more misdemeanors offenses, under Federal, State, or Tribal law involving crimes of violence, sexual assault, molestation, exploitation contact, prostitution, crimes against persons, or offenses committed against children.
10. No convictions of domestic violence.
11. A complete background investigation with a favorable adjudication per federal statutes required.

**How to Apply:**
Submit a complete OST Application for Employment to the OST Human Resource Department no later than 4:30 p.m. of the closing date. Mail in applications postmarked on the closing date will be accepted. Attach all pertinent documentation, i.e., copy of High School diploma or GED certificate, copy of official college transcripts and/or college degree, certificate of Indian Blood if claiming Indian Preference and DD214 if claiming Veteran's Preference. *(INCOMPLETE APPLICATIONS WILL NOT BE CONSIDERED)*

**Notice:**
"Applicants tentatively selected for positions with the Oglala Sioux Tribe will receive a provisional offer of employment and the offer is contingent upon the results of a full background check and/or alcohol/drug test."

👍😂 18                                              7 comments




