UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KIMBERLEE PITAWANAKWAT<br><br>Defendant | 5:20-CR-50122<br><br>DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL DATE |

# EXHIBIT A

Kimberlee Pitawanakwat
26214 Foster Road
Monroe, OR 97456
kimberlee.pitankwt@gmail.com

14 June 2023

Re: *United States v. Kimberlee Pitawanakwat 5:20-CR-50122-LLP-02*

SAUSA Timothy Maher                                                                                      Via Email Only
U.S. Attorney's Office (Pierre, SD)
PO Box 2638
Sioux Falls, SD 57101-2638
tim.maher@usdoj.gov

Dear Mr. Maher,

I am writing as the pro se defendant in United States v. Dull Knife, as I assume you are aware, given that you took over for Ms. Sazama, after nearly three years of her involvement with my case. I have raised some serious misconduct issues relating to Ms. Sazama's actions in my case, including presenting a falsified arrest warrant return; deliberately lying to the Court about the existence of a spent bloodstained bullet that I have a pending CJA order for testing which the court and your office currently refuses to honor; as well as troubling and unprofessional Facebook contacts between Ms. Sazama and Derek Puckett, a corrupt former tribal investigator, who is now a school security guard.

I had written to Ms. Sazama on June 14, 2023, but never received the courtesy of a response, except in perfunctory pleadings. Now that Ms. Sazama has been replaced, I would appreciate your addressing these pending issues and additional issues that have since come to light regarding my case.

**Misconduct Related Issues**

1. Why was Ms. Sazama replaced as the prosecutor on my case? Is she under investigation, and if so, does that investigation relate to my case? If there is such an investigation, or her removal relates to misconduct, that is *Brady* and should be immediately disclosed to me.
2. Has Ms. Sazama been involved in an improper relationship with Puckett? If so, what is the nature of that relationship and how is it related to my case?
3. Ms. Sazama previously told the Court that there is no physical evidence in my case and there was no single spent bullet, which is an outright lie? Please confirm the existence of this spent bloodstained bullet evidence.
4. Ms. Sazama informed the Court in pleadings that the Government is fully aware that I had absolutely no role in the alleged shooting of Carmen Burgee. How is the government

aware of that? Please explain why it is alleged in Count IV of the indictment that I lied to Puckett about George Dull Knife not being present at the residence and no shooting had occurred at the property, when the government now acknowledges it knows that is not true.

5. I have asserted that known false testimony was presented to the Grand Jury in my case. I assert that this was a summary of Ian Dull Knife's false statement to Puckett that deliberately and wrongfully brought me into the case. The government knew from the beginning that Ian Dull Knife was lying and that there was no AR15 rifle because the evidence from John Nixon is that the bullet is a pistol or handgun bullet. Any law enforcement officer looking at the spent bullet would have known that and therefore it must have been known from the beginning that this was a lie, yet it was presented to the Grand Jury anyway. If there is such misconduct, why have you not provided the evidence to me and/or already dismissed this case?

6. I have a current CJA Court Order (Order No. 0869.1570985) dated June 23, 2023, that my expert is waiting to work on. That work is necessary for my trial preparation but is unable to even be started until the Government makes the bullet available for testing. Please let me know your position on access to this evidence by Mr. John Nixon. Please note that there is a pending appeal of both Motions to Compel, pending before Judge Piersol. The Government has filed no response to the Appeal and Judge Piersol has taken no action, as yet.

7. This does not alter the fact that I have Judge Lavenski R. Smith's Order allowing the testing to proceed. My position will continue to be that the Government is in violation of the Eighth Circuit's Order, which is also signed by Judge Karen E. Schreier of the District Court, and I will seek to have those who prevent this testing sanctioned to the fullest extent possible. If Judge Piersol continues to ignore this issue I will file a petition for Mandamus with the Eight Circuit and I will seek sanctions.

8. I have continued to demand *Brady* information in my case. I have been informed that Puckett was fired for misconduct involving making false charges against multiple people. It appears in my case that he solicited false testimony from a jailhouse informant (Ian Dull Knife), but I have received absolutely no information about this, in violation of my Constitutional rights, *Brady*, and the Due Process Protections Act.

9. The Government is supposed to act in the best interests of justice, fairly and impartially, but that has not occurred in my case. The alleged victims were clearly not at the Dull Knife residence when whatever occurred and caused a shooting. The likely answer presumably involves drug activity on the part of the Burgees and others and I anticipate that the Government already knows that.

10. Even though I have become aware independently that K.T. Burgee is a federally convicted rapist, sex offender and now has another pending federal sealed indictment for yet another aggravated sexual assault the Government has provided zero information about this, in violation of *Brady v. Maryland*. I have also become aware that Carmen Burgee was convicted in federal court of aiding a fugitive (her son, the rapist) and is now charged in state court with drug distribution (so I am informed), I have received zero information about this from the Government, again in violation of *Brady v. Maryland*.

11. I assert that Carmen Burgee is a paid government informant, which is why the government keeps protecting her despite her obvious criminal activity. Please provide the information that you are required to provide pursuant to the United States Constitution regarding Ms. Burgee.
12. As a result of this fraudulent case, I have been severely impacted by the loss of most of my personal property, including but not limited to one vehicle and several trailers. Is the government in possession of any of my personal property, or does the government know the whereabouts of any of said property?

**Discovery Related Issues**

You are required to abide by the United States Attorney's Manual 9-5.002- Criminal Discovery:

**Step I: Gathering and Reviewing Discoverable Information**

"Discovery" or "discoverable information," and the duty to search for it, includes information required to be disclosed by Fed.R.Crim.P. 16 and 26.2, the Jencks Act, *Brady*, and *Giglio*, and additional information disclosable pursuant to this policy.

**A. Where to look: The Prosecution Team**

JM 9-5.0001 states:

"It is the obligation of federal prosecutors, in preparing for trial, to seek all exculpatory and impeachment information from all members of the prosecution team. Members of the prosecution team include federal, state, and local law enforcement officers and other government officials participating in the investigation and prosecution of the criminal case against the defendant.

This search duty also extends to information prosecutors are required to disclose under Federal Rules of Criminal Procedure 16 and 26.2 and the Jencks Act.

In most cases, "the prosecution team" will include the agents and law enforcement officers within the relevant district working on the case. In multi-district investigations, investigations that include both Assistant United States Attorneys and prosecutors from a Department litigating component or other United States Attorney's Office (USAO), and parallel criminal and civil proceedings, this definition will necessarily be adjusted to fit the circumstances..."

13. I currently have no access to Rule 16 discovery and have not had such access since 2021. Please provide me with your position on my having direct access to the current and pending discovery that I should already have been provided and which is clearly contemplated by the exception to L.R. 16. This issue is pending on appeal before Judge Piersol. It is not possible for me to prepare for trial without access to the case discovery and I now represent myself and file my own pleadings.

14. Please see my letter to Heather Sazama, referenced above and provide me with a response to the specific points 1-11, since I received no response from the former case prosecutor.
15. I still have not received George Dull Knife's plea transcript, which has now been pending since January 2022. This is a Defendant's oral statement and should already have been provided.
16. Where is the Crow bodycam and dashcam video footage in viewable format?
17. Where is the 911 call where Isaiah Crow took incident command? Why have I not been provided it already? Crow's handwritten summary and FBI SA Seymour's affidavit conflict. I assert that FBI SA Seymour deliberately lied to the court and is racially biased toward me and that this is also serious misconduct and discrimination.
18. Where are all the police reports regarding Ian Dull Knife, his informant history, any payment records? What was Ian Dull Knife in jail for and when was he released? Was he released in exchange for his false testimony? I understand that he was in jail on pending gun charges relating to pistol whipping a female with a purple handgun. Why have I not already been provided this information?
19. There are numerous discrepancies in page numbers, missing pages (approximately 200), and a difference in the number of pages I have received versus what my co-defendant received. Please provide all discovery, which is your continuing obligation pursuant to the Justice Manual, The Constitution, the Federal Rules of Criminal Procedure, *Brady* and its progeny.
20. Please provide me with police reports for that evening regarding any other related 911 calls about shootings in other locations, or other suspects or leads that were not pursued in this case. Please provide any and all information from that evening that related to witnesses to drug activity, reports resembling the Burgee vehicle or other suspicious activity involving drugs.

**Additional Forensic Testing Issues**

21. As the Government is well aware, Ms. Burgee is a drug addict. It is extremely likely that drugs were somehow involved in the shooting incident. I anticipate filing a motion to conduct forensic toxicology testing of Ms. Burgee's blood sample maintained at the treating hospital. I recall that Ms. Burgee signed a release authorizing testing for investigative purposes and waived any HIPAA objections – please provide me with your position on this as soon as possible.
22. My current expert, Mr. John Nixon, is able to evaluate the Burgee vehicle and conduct a ballistics assessment regarding the path of any bullets that is relevant to my defense. Please provide me with your position on this evaluation of the vehicle and confirmation that the vehicle is still in the custody of law enforcement. If it is not in the custody of law enforcement, when and why was it released? Was notice of its pending release provided to the Defense prior to it occurring? I need this information as soon as possible since it relates to an additional motion regarding destruction of evidence.
23. The government seized a single piece of glass from the Dull Knife driveway. I wish to test that glass and compare it to the glass from the back windshield of the Burgee vehicle to

establish that it is not the same glass. Please let me know your position on this additional testing and the existence of the vehicle, or glass from the rear window that was kept by law enforcement. If such evidence is not available, please explain why for the same reason explained in 20, above.

**Current Trial Deadlines**

24. The current trial schedule is completely unworkable given the lack of progress on the 21 issues I raise above. I am currently supposed to have all pretrial motions filed by August 29, 2023, which is next Tuesday. Please provide me with your position on this issue urgently. What is your position on any further extensions, given all of the issues raised in this letter? My assumption is that if the Government and Court continues to conspire to prevent me from receiving a fair trial then I will file a number of interlocutory appeal issues with the Eighth Circuit, which given the awful record of official misconduct in this case is certainly merited.

I would appreciate your urgent response to the many issues raised in this letter.

Respectfully,

/s/ Kimberlee Pitawanakwat

Kimberlee Pitawanakwat