UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 20-50122-02 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| KIMBERLEY PITAWANAKWAT, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A new investigator has been recommended by Magistrate Judge Duffy, subject to approval by Chief Judge Lavenski Smith. The Defendant has previously moved for a speedy trial. Defendant now moves for continuation of the trial date. This case was first filed on September 17, 2020. The charges are not complex. On June 16, 2023, Doc. 244, a new trial date was set. A Notice of Appeal has also been filed by the Defendant, Doc. 268. No good cause has been shown for continuing the trial date of October 16, 2023. There is adequate time for trial preparation. Accordingly,

IT IS ORDERED that the Motion to Continue, Doc. 267, is denied.

Dated this 29th day of August, 2023.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK