# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 30, 2023

Kimberlee Pitawanakwat
26214 Foster Road
Monroe, OR  97456

RE:  23-2974  United States v. Kimberlee Pitawanakwat

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc:     Clerk, U.S. District Court, District of South Dakota
        Carla F. Dedula
        Frank James Driscoll
        Timothy Marshall Maher
        Sheri L. Not Help Him

     District Court/Agency Case Number(s):    5:20-cr-50122-LLP-2

**Caption for Case Number:**   23-2974

United States of America

        Plaintiff - Appellee

v.

Kimberlee Pitawanakwat, also known as Stormy

        Defendant - Appellant

**Addresses for Case Participants:   23-2974**

Kimberlee Pitawanakwat
26214 Foster Road
Monroe, OR  97456

Clerk, U.S. District Court, District of South Dakota
U.S. DISTRICT COURT
District of South Dakota
302 U.S. Courthouse
Rapid City, SD  57701


Carla F. Dedula
U.S. DISTRICT COURT
303 U.S. Courthouse
400 S. Phillips Avenue
Sioux Falls, SD  57104-6851

Frank James Driscoll
DRISCOLL LAW OFFICE
P.O. Box 2216
Rapid City, SD  57709

Timothy Marshall Maher
U.S. ATTORNEY'S OFFICE
District of South Dakota
225 S. Pierre Street
P.O. Box 7240
Pierre, SD  57501-2489

Sheri L. Not Help Him
U.S. DISTRICT COURT
Room 318, Federal Building
515 Ninth Street
Rapid City, SD  57701-0000

23-2974  United States v. Kimberlee Pitawanakwat

### Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/30/2023

**Case Name:**    United States v. Kimberlee Pitawanakwat
**Case Number:**  23-2974

**Docket Text:**
CRIMINAL case docketed. [5311615] [23-2974]

**The following document(s) are associated with this transaction:**
Document Description:  Notice of Appeal Docket Letter

**Notice will be mailed to:**

Kimberlee Pitawanakwat
26214 Foster Road
Monroe, OR  97456

**Notice will be electronically mailed to:**

Carla F. Dedula: carla_dedula@sdd.uscourts.gov
FOR INFORMATION ONLY: Frank James Driscoll: dlo.jjlaw@midconetwork.com, fjd.jjlaw@midconetwork.com
Timothy Marshall Maher: Tim.Maher@usdoj.gov, caseview.ecf@usdoj.gov,kevin.koliner@usdoj.gov,debbie.gilman@usdoj.gov
Sheri L. Not Help Him: sheri_nothelphim@sdd.uscourts.gov, csr.sheri@gmail.com