UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KIMBERLEE PITAWANAKWAT<br><br>Defendant | 5:20-CR-50122<br><br>DEFENDANT'S MOTION TO RECONSIDER ORDER 244, DENYING DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL DATE |

# EXHIBIT A

**From:** William Teesdale
**To:** Jonathan McCoy
**Subject:** Pitawanakwat Discovery Review
**Date:** Monday, November 15, 2021 2:01:00 PM
**Attachments:** image001.png

Kimberley reviewed discovery under my supervision from about 11:30 am until 2:00 pm.

[redacted]

**Testing of Spent Bullet**

[redacted] I showed the picture of the spent bullet (see page 453) to a colleague of mine in the office who is a firearms instructor and who owns an AR 15. His view was that the bullet looks more like something from a handgun. I understand from Kimberlee that John Nixon has looked at the same picture and has the same preliminary opinion that it is more likely to be from a handgun, although of course he would need to look at the actual evidence to provide an opinion.

I understand from Kimberlee that there is some disagreement about testing the bullet and wanted to mention that my view is that it should be tested by a qualified defense expert, such as John Nixon. [redacted]

**Potential Bias of Dull Knife Witnesses**

[redacted]



Regards,

William

William J. Teesdale
Federal Public Defender Chief Investigator
101 SW Main St., Ste 1700
Portland, OR 97204
T. 503-326-2123
F. 503-326-5524