# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2974

United States of America

Appellee

v.

Kimberlee Spring Pitawanakwat, also known as Stormy

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:20-cr-50122-LLP-2)

---

## MANDATE

In accordance with the judgment of September 12, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 13, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit