# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3295

United States of America

Appellee

v.

Kimberlee Spring Pitawanakwat

Appellant

------

Appeal from U.S. District Court for the District of South Dakota - Western
(5:20-cr-50122-RAL-2)

------

## MANDATE

In accordance with the judgment of October 25, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 04, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit